UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Allison Lynn Tyndall**  Docket No. 5:12-CR-105-4F

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Allison Lynn Tyndall, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, Dispense, and Possess With Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on May 14, 2013, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 180 months.

Allison Lynn Tyndall was released from custody on January 29, 2016, at which time the term of supervised release commenced.

On January 8, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's term of imprisonment was reduced from 60 to 48 months.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant received mental health therapy while staying at the half-way house. She is currently taking medication for anxiety and would like to continue in mental health services. As a result, the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>Sr. U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: February 11, 2016 |

Allison Lynn Tyndall
Docket No. 5:12-CR-105-4F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___11___ day of ___February___, 2016 and ordered filed and made a part of the records in the above case.

___/s/ James C. Fox___
James C. Fox
Senior U.S. District Judge